[No. 4285–1. Division One. March 21, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT A. DIEDRICHE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 71667, Robert W. Winsor, J., entered November 5, 1975. *Affirmed* by unpublished opinion per Farris, C.J., concurred in by Swanson and Williams, JJ.

[No. 4413–1. Division One. March 21, 1977.]

RALPH L. GINGERICH, *Respondent,* v. LARRY D. CLAWSON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Skagit County, No. 35663, Walter J. Deierlein, Jr., J., entered December 15, 1975. *Affirmed* by unpublished opinion per Andersen, A.C.J., concurred in by Farris, C.J., and Swanson, J.

[No. 2211–2. Division Two. March 23, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. LEE ADAMS, *Appellant.*

Appeal from a judgment of the Superior Court for Skamania County, No. 1033, Ted Kolbaba, J., entered December 11, 1975. *Remanded with instructions* by unpublished per curiam opinion.